**David A. Makman/Bar No. 178195**
Law Offices of David A. Makman
655 Mariner's Island Blvd, Suite 306
San Mateo, CA 94404
david@makmanlaw.com
Telephone: (650) 242-1560

**Carlton Odim (pro hac vice)**
Odim Law Offices
225 West Washington Street, Suite 2200
Chicago, IL 60606
carlton@odimlawoffices.com
Telephone: (312) 578-9390

**Attorneys for Plaintiff**
**Sabrina Shafer**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SABRINA SHAFER**<br><br>Plaintiff,<br><br>v.<br><br>**SKYLINE ADVANCED TECHNOLOGY, SERVICES, a California corporation, MICHAEL ZANOTTO, ROBERT BERNOSKY, RODNEY GUETHER, and DEVIN MAULDIN,**<br><br>Defendants. | No. 5:19-cv-00787-CRB<br>Related Case No. 18-cv-06641-CRB<br><br>**STIPULATION TO ALLOW THE TAKING OF FACT DEPOSITIONS BEYOND THE FACT DISCOVERY DEADLINE OF NOVEMBER 11, 2019 AND [~~PROPOSED~~] ORDER** |

Sabrina Shafer ("Shafer") and Skyline Advanced Technology Services, Michael Zanotto, Robert Bernosky, Rodney Guenther, and Devin Mauldin (collectively the "Skyline Parties"), by and through their respective counsel, stipulate to allow the taking of fact depositions beyond the fact discovery deadline of November 11, 2019. The parties state as follows:

**STIPULATION TO ALLOW THE TAKING OF FACT DEPOSITIONS BEYOND THE FACT DISCOVERY DEADLINE OF NOVEMBER 11, 2019 AND [~~PROPOSED~~] ORDER**

1. WHEREAS, the deadline for the completion of fact discovery is November 11, 2019. (ECF No. 33 and ECF No. 59, for case 18-cv-6641 and 19-cv-787, respectively);

2. WHEREAS, the parties anticipate at least eight depositions and require additional time to coordinate witness availability (including several third parties) and to take the depositions;

3. WHEREAS, the parties continue to believe that mediation will be most effective following depositions;

4. WHEREAS, the parties seek the court's approval to allow them to complete fact depositions after the November 11, 2019 deadline for the completion of fact discovery and to move the Further Case Management Conference to January 17, 2020;

5. The parties have conferred and have agreed to seek approval to complete fact depositions by December 31, 2019. The parties have conferred but have not reached an agreement at this time to seek an extension of written discovery beyond the November 11, 2019 deadline;

6. No prior extensions of time relating to the fact discovery deadline have been requested or granted;

7. The requested extension will impact the following deadlines currently set for the case (ECF No. 33 and ECF No. 59, for case 18-cv-6641 and 19-cv-787, respectively):

   a. Close of Fact Discovery due by 11/11/2019;

   b. A Joint Case Management Statement due by 11/22/2019;

   c. Further Case Management Conference set for 12/6/2019 at 8:30 AM in San Francisco, Courtroom 06, 17th Floor.

**STIPULATION TO ALLOW THE TAKING OF FACT DEPOSITIONS BEYOND THE FACT DISCOVERY DEADLINE OF NOVEMBER 11, 2019 AND [PROPOSED] ORDER**

THEREFORE, IT IS HEREBY STIPULATED by and between Shafer and the Skyline Parties that the parties will have until December 31, 2019 to complete fact depositions and that the Further Case Management Conference currently set for 12/6/19 will be moved to January 17, 2020 (or the next available date thereafter).

IT IS SO STIPULATED.

Dated:  October 23, 2019

ODIM LAW OFFICES

By: */s/ Carlton E. Odim*
Carlton E. Odim
Attorneys for Plaintiff
Sabrina Shafer

Dated:  October 23, 2019

THOITS LAW

By: */s/ Nathaniel Lipanovich*
Nathaniel Lipanovich
Attorneys for Defendants
Skyline Advanced Technology Services,
Michael Zanotto, Robert Bernosky,
Rodney Guenther, and Devin Mauldin

## FILER'S ATTESTATION

I, Carlton Odim, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order.  I hereby attest under penalty of perjury that 1) the content of this document is acceptable to all persons required to sign the document; 2) Defendants' Counsel Nathaniel Lipanovich counsel has concurred with the filing of this document, and 3) a record supporting this concurrence is available for inspection or production if so ordered.

By: */s/ Carlton Odim*
Carlton Odim

**STIPULATION TO ALLOW THE TAKING OF FACT DEPOSITIONS BEYOND THE FACT DISCOVERY DEADLINE OF NOVEMBER 11, 2019 AND [PROPOSED] ORDER**

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED:

1. That the parties will have until December 31, 2019 to complete fact depositions;

2. Joint Case Management Statement due by January 3, 2020;

3. Further Case Management Conference set for January 17, 2020 at 8:30 AM in San Francisco, Courtroom 06, 17th Floor.

Dated: ~~October~~ __25__ 2019    November 4, 2019

_____
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION TO ALLOW THE TAKING OF FACT DEPOSITIONS BEYOND THE FACT DISCOVERY DEADLINE OF NOVEMBER 11, 2019 AND [~~PROPOSED~~] ORDER**