UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SKYLINE ADVANCED TECHNOLOGY SERVICES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SABRINA SHAFER,<br><br>　　　　Defendant. | Case No. 18-cv-06641-CRB   (RMI)<br><br>**ORDER FOR ADDITIONAL BRIEFING ON MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 68 |
| SABRINA SHAFER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SKYLINE ADVANCED TECHNOLOGY SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-00787-CRB   (RMI)<br><br>Re: Dkt. No. 105 |

　　　　Now pending before the court is a motion for attorneys' fees and costs filed in both of the above-styled cases by Skyline Advanced Technology Services ("Skyline") in connection with the evidentiary spoliation motion on which it prevailed. In Case No. 19-cv-00787, Skyline filed a Bill of Costs (dkt. 104) for $40,626.34, which was partially approved by the Clerk of Court for the sum of $37,133.88 (dkt. 109). Subsequently, Ms. Shafer has filed a motion for review of the taxation of the $37,133.88 in costs (dkt. 110) which remains pending. Meanwhile, Skyline's motion for attorneys' fees and costs contains some overlap with its Bill of Costs and maintains that if Skyline is awarded its full costs through its Bill of Costs, then certain amounts in the motion for attorneys'

fees and costs should be reduced to avoid double recovery. *See e.g.,* Skyline's Mot. (Case No. 19-cv-00787-CRB) (dkt. 105) at 6 nn. 4, 5.

Because the resolution of Skyline's motion for attorneys' fees and costs is partially dependent on the resolution of Ms. Shafer's motion for review of the taxation of costs, the undersigned will reserve ruling on Skyline's motion until after the adjudication of Ms. Shafter's motion. After Ms. Shafer's motion for review is decided, Skyline and Ms. Shafer are **ORDERED** to jointly-file a letter brief outlining, in a streamlined and chronological fashion, the number of attorney hours (and hourly rate) spent on each task or other expense for which Skyline seeks recovery, as well as Ms. Shafer's point-by-point objections (if any).

**IT IS SO ORDERED.**

Dated: October 13, 2020

ROBERT M. ILLMAN
United States Magistrate Judge