**Stephen A. Dennis/Bar No. 111401**
sdennis@thoits.com
**John van Loben Sels/Bar No. 201354**
jvanlobensels@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Skyline Advanced Technology Services**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **SKYLINE ADVANCED TECHNOLOGY SERVICES, a California corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**SABRINA SHAFER, an individual, and DOES 1 through 10, inclusive,**<br><br>Defendants. | **Case No. 3:18-cv-06641-CRB-RMI**<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Charles R. Breyer |

Skyline Advanced Technology Services ("Skyline") and Sabrina Shafer ("Shafer") (collectively "Parties") submit the following Joint Status Report pursuant to the Court's February 10, 2023 Order (Dkt. 106) and Local Rule 16-10(b).

1. <u>TRIAL WITNESSES</u>

The parties propose the following witnesses for trial of this matter with approximate time for testimony in parenthesis:

   i. Sabrina Shafer (**~4 hours**: 2.5 hours estimated by Plaintiff; 1.5 hours estimated by Defendant)

   ii. Michael Zanotto (**~2.5 hours**: 1.5 hours estimated by Plaintiff; 1hour estimated by Defendant)

   iii. John Kawamoto (**~2.5 hours**: 2 hours estimated by Plaintiff; .5 hours estimated by Defendant)(Defendant believes the parties can stipulate to a part or all of Mr. Kawamoto's testimony)

   iv. Juan Guevara (Defendant designated witness)(**1.5 hours;** 0.5 hours estimated by Defendant; 1.0 hours estimated by Plaintiff)(by deposition)

   v. Joseph Onisick (Plaintiff designated witness)(**~1.5 hours** estimated by Plaintiff)(by deposition)

   vi. Richard Wonders (Plaintiff designated)(by deposition) (**~0.5 hours** estimated by Plaintiff)

2. <u>UPCOMING EVENTS AND TRIAL</u>

The Court has set the following dates in this matter (Dkt 106):

- A status conference for June 23, 2023
- A pre-trial conference for September 21, 2023
- A 2-day bench trial for October 2 and 3, 2023

The parties remain committed to trying the case to the Court in two days.

| | |
|---|---|
| Dated: June 16, 2023 | **THOITS LAW** |
| | By: ___*/s/ John van Loben Sels*___ |
| | John van Loben Sels |
| | **Attorneys for Skyline Advanced Technology Services** |
| Dated: June 16, 2023 | **ALSTON & BIRD** |
| | By: ___*/s/ Chaka M. Patterson*___ |
| | Chaka M. Patterson |
| | **Attorney for Sabrina Shafer** |

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

3
JOINT STATUS REPORT

**FILER'S ATTESTATION**

I, John van Loben Sels, am the ECF User whose identification and password are being used to file this Subsequent Joint Case Management Statement. I hereby attest under penalty of perjury that 1) the content of this document is acceptable to all persons required to sign the document; 2) Ms. Shafer's counsel has concurred with the filing of this document, and 3) a record supporting this concurrence is available for inspection or production if so ordered.

/s/ *John van Loben Sels*
John van Loben Sels

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

4
JOINT STATUS REPORT