# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Skyline Advanced Technology Services )<br>*Plaintiff* )<br>v. )<br>Sabrina Shafer )<br>*Defendant* ) | Case No. 3:18-cv-06641-CRB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Skyline Advanced Technology Services

Date: 12/06/2023

/s/ David Sarfati
*Attorney's signature*

David Sarfati/Bar No. 323896
*Printed name and bar number*

400 Main Street, Suite 250
Los Altos, CA 94022
*Address*

dsarfati@thoits.com
*E-mail address*

(650) 327-4200
*Telephone number*

(650) 325-5572
*FAX number*