# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Anthony Carmona | 2a. CONTACT PHONE NUMBER: 415-243-1066 |
| 3. CONTACT EMAIL ADDRESS: anthony.carmona@alston.com | |
| 1b. ATTORNEY NAME (if different): Dana Zottola | 2b. ATTORNEY PHONE NUMBER: 650-838-2044 |
| 3. ATTORNEY EMAIL ADDRESS: dana.zottola@alston.com | |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105

5. CASE NAME: Skyline Advanced Technology Services v. Shafer

6. CASE NUMBER: 3:18-cv-06641

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR

8. THIS TRANSCRIPT ORDER IS FOR:
- ☐ APPEAL
- ☐ CRIMINAL
- ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
- ☑ NON-APPEAL
- ☑ CIVIL
- CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05/2024 | CRB | Trial | | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
| 02/06/2024 | CRB | Trial | | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Dana Zottola

12. DATE: January 19, 2024

Clear Form    Save as new PDF