**Pages 1 - 5**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Charles R. Breyer, Judge

| | |
|---|---|
| SKYLINE ADVANCED TECHNOLOGY SERVICES, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>SABRINA SHAFER, )<br>)<br>Defendant. )<br>) | **NO. C 18-06641 CRB** |

San Francisco, California
Thursday, December 9, 2021

**TRANSCRIPT OF VIDEOCONFERENCE PROCEEDINGS**

**APPEARANCES**:   (via videoconference)

For Plaintiff:
        BELLA AND CANVAS, LLC
        9830 Wilshire Boulevard
        Beverly Hills, California  90212
  **BY:  NATHANIEL H. LIPANOVICH, ATTORNEY AT LAW**

For Defendant:
        ODIM LAW OFFICES
        225 West Washington Street - Suite 2200
        Chicago, Illinois  60606
  **BY:  CARLTON E. A. ODIM, ATTORNEY AT LAW**

REPORTED BY:   Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
        United States District Court - Official Reporter

| | |
|---|---|
| **Thursday - December 9, 2021** | **10:32 a.m.** |

### P R O C E E D I N G S

### ---oOo---

**THE CLERK:** Calling civil action C18-6641, Skyline Advanced Technology Services versus Shafer.

Counsel, please state your appearances for the record.

**MR. LIPANOVICH:** Nathaniel Lipanovich for Plaintiff.

**MR. ODIM:** Carlton Odim for Sabrina Shafer.

**THE CLERK:** And Ms. Shafer is in the panel.

**THE COURT:** Yes, okay, good morning. So this matter is on in connection with a -- with a summary judgment. Let me get my notes here.

(Pause in proceedings.)

**THE COURT:** So, well, first of all, Ms. Shafer, you are an attorney; right?

**MS. SHAFER:** I am, Your Honor, yes.

**THE COURT:** And you are licensed to practice in where, Wisconsin or Minnesota?

**MS. SHAFER:** In Illinois.

**THE COURT:** Illinois, sorry, okay. And so I think as an attorney, you understand the significance of legal proceedings and declarations; is that correct?

**MS. SHAFER:** That's right, Your Honor.

**THE COURT:** When a declaration is made under penalty of perjury, you understand the consequences if the declaration

|   |   |
|---|---|
| 1 | is false, I would assume as a lawyer? |
| 2 | **MS. SHAFER:**  Absolutely, Your Honor. |
| 3 | **THE COURT:**  Okay.  So you have filed a declaration or |
| 4 | caused to be filed a declaration saying you didn't sign the |
| 5 | contract. |
| 6 | **MS. SHAFER:**  Saying that I didn't sign -- that I did |
| 7 | sign the contract, but that I didn't sign a confidentiality |
| 8 | agreement. |
| 9 | **THE COURT:**  Oh, okay.  So the document you did not |
| 10 | sign was the document which was submitted -- a copy of which |
| 11 | was submitted to the Court.  And I'm now looking at the |
| 12 | declaration. |
| 13 | (Pause in proceedings.) |
| 14 | **THE COURT:**  It was something called Skyline Advanced |
| 15 | Technology Services' employee proprietary information and |
| 16 | inventions agreement. |
| 17 | And it is your testimony, as I understand it, that the |
| 18 | signature that appears is not yours, on page 5 of the document, |
| 19 | which says (as read:) "I have read this agreement carefully and |
| 20 | understand its terms.  I have completely filled out the |
| 21 | exhibits to the agreement." |
| 22 | It's dated March 1st, 2016.  And there is a signature |
| 23 | line, and it says in the signature line "Sabrina Shafer," and |
| 24 | it says in the printed name "Sabrina Shafer." |
| 25 | And it is your testimony under oath that that is not your |

1  signature; is that correct?
2          **MS. SHAFER:**  Well, Your Honor, not entirely.
3          **THE COURT:**  It is your testimony under oath you did
4  not sign this document.
5          **MS. SHAFER:**  I don't have a memory of signing that
6  document.
7          **THE COURT:**  That's not what you said.  No, no, no, no,
8  that's not what you said or maybe you did say that.  You said:
9  "I did not sign this document."
10     Is that your testimony?  You did not sign this document,
11 and you are telling me that as an officer of the court, as an
12 attorney, and under oath.  Is that your testimony?
13         **MS. SHAFER:**  Your Honor, when I wrote my affidavit and
14 to this day, I have no memory --
15         **THE COURT:**  I'm not asking you about --
16         **MS. SHAFER:**  -- of seeing or signing that document.
17         **THE COURT:**  I'm not asking you about your memory
18 because you know as an attorney that your memory of it doesn't
19 control.
20     In other words, people all the time say:  "I can't
21 remember signing this.  I can't remember signing that."
22     That has no bearing on the declaration, in my view, of
23 what you said under oath.
24     You said:  "I have looked at this document and that is not
25 my signature.  I did not sign it."  Is that your testimony

1  under oath?
2      **MS. SHAFER:**  That is -- that was in my declaration.  I
3  am not --
4      **THE COURT:**  Is that your testimony today?  Are you
5  saying the same thing to me?  You did not sign this document.
6      **MS. SHAFER:**  No, Your Honor, that's not what I'm
7  saying today.
8      **THE COURT:**  What are you saying?
9      **MS. SHAFER:**  I'm saying today at the -- I'm not
10 questioning the authenticity of this --
11     **THE COURT:**  Are you questioning whether or not you
12 signed the document?
13     **MS. SHAFER:**  No.  I'm not questioning the
14 authenticity.
15     **THE COURT:**  Okay.  Thank you very much, Ms. Shafer.
16 That's all I need to know.  I don't need any further argument
17 in this case.  I'm going to take this under submission.  Thank
18 you very much.  That's the end of the discussion.
19     **MS. SHAFER:**  Thank you, Your Honor.
20     **THE CLERK:**  That concludes today's proceedings.  Thank
21 you.
22          (Proceedings adjourned at 10:37 a.m.)
23                       ---oOo---
24
25

### CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   January 30, 2024

_____*Marla Knox*_____

Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
United States District Court - Official Reporter