UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Bench Trial Minutes

Date:  February 6, 2024                    Judge:  Honorable Charles R. Breyer

Court Reporter: Ruth Ekhaus, Ana Dub
Time: 3 Hours and 10 Minutes
Case No.: C18-6641 CRB
Case Name:  Skyline Advanced Technology Services v. Shafer

Attorney(s) for Plaintiff:  Stephen A. Dennis, David Sarfati, John David van Loben Sels

Attorney(s) for Defendant:  Carlton Emmanuel Arua Odim, David Alan Makman, Chaka Malik Patterson, Dana Zottola,

Deputy Clerk: Lashanda Scott


PROCEEDINGS

Bench Trial held. The Court made an oral Findings of Facts and Conclusion of Law on the record.  Trial concluded.


Plaintiff Witness: Direct examination of Sabrian Shafer


Plaintiff's Exhibits Marked and Admitted: 4, 5, 6, 7, 11, 12, 13, 15, 18, 22, 33, 34, 37, 38, 42, 43, 49, 57, 92

Deposition Exhibit #5 is Trial Exhibit 94
Deposition Exhibit 12 is Trial Exhibit 55


Joint Exhibit Marked and Admitted:  123. 124, 128,