UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cv-06641-CRB
Case Name: <u>Skyline Advanced Technology Services v. Sabrina Shafer</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:**<br>Charles R. Breyer | **PLAINTIFF ATTORNEY:**<br>Stephen A. Dennis<br>David Sarfati<br>John David van Loben Sels | **DEFENSE ATTORNEY:**<br>Carlton Emmanuel Arua Odim<br>David Alan Makman<br>Chaka Malik Patterson<br>Dana Zottola |
|---|---|---|
| **TRIAL DATE:**<br>February 6, 2024 | **REPORTER(S):**<br>Ruth Ekhaus, Ana Dub | **CLERK:**<br>Lashanda Scott |

| **PLF NO.** | **DEF NO.** | **DATE/TIME OFFERED** | **ID** | **REC** | **DESCRIPTION** | **BY** |
|---|---|---|---|---|---|---|
|  |  | 9:16 a.m. |  |  | Judge cried-in.  All parties present |  |
| 94 |  |  | X | X | Deposition Exhibit #5 is Trial Exhibit 94 |  |
| 55 |  |  | X | X | Deposition Exhibit 12 is Trial Exhibit 55 |  |
|  |  |  |  |  | Plaintiff direct examination of witness<br>**Sabrina Shafer** |  |
| 4 |  |  | X | X | Plaintiff's Exhibit 4 marked and admitted<br>2016/06/16 – Email from R. Wonders to S. Shafer re Cisco Live |  |
| 5 |  |  | X | X | Plaintiff's Exhibit 5 marked and admitted<br>2016/07/04 – Email from R. Wonders to S. Shafer re How's it going |  |
| 7 |  |  | X | X | Plaintiff's Exhibit 7 marked and admitted<br>2016/08/10 – Email from S. Shafer to R. Wonders re In the Uber |  |
| 11 |  |  | X | X | Plaintiff's Exhibit 11 marked and admitted<br>2016/09/18 – Email from S. Shafer to R. Wonders re Good morning my love!! |  |
| 12 |  |  | X | X | Plaintiff's Exhibit 12 marked and admitted<br>2016/10/21 – Email from S. Shafer to R. Wonders re Miss you |  |
| 13 |  |  | X | X | Plaintiff's Exhibit 13 marked and admitted<br>2016/11/01 – Email from S. Shafer to R. Wonders re Good morning handsome |  |
| 15 |  |  | X | X | Plaintiff Exhibit 15 marked and admitted<br>2017/01/18 – Email from R. Wonders to S. Shafer re Cover slide – Like any of these |  |
| 22 |  |  | X | X | Plaintiff's Exhibit 22 marked and admitted<br>2017/05/02 – Email from R. Wonders to S. Shafer re RDW/SMW designation ideas |  |
| 37 |  |  | X | X | Plaintiff's Exhibit 37 marked and admitted<br>2018/02/26 – Email from R. Wonders to S. Shafer re Arizona |  |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | | | X | X | Plaintiff's Exhibit 42 marked and admitted 2018/03/22 – Email from R. Wonders to S. Shafer re Amazon writing exercise. | |
| 34 | | | X | X | Plaintiff's Exhibit 34 marked and admitted 2018/01/16 – Email from J. Onisick to S. Shafer re Industry Experts Gather | |
| 38 | | | X | X | Plaintiff's Exhibit 38 marked and admitted 2018/03/01 – Email from J. Onisick to S. Shafer re Your thoughts on these. | |
| 43 | | | X | X | Plaintiff's Exhibit 43 marked and admitted 2018/03/27 – Email from J. Onisick to S. Shafer re PCW options | |
| 57 | | | X | X | Plaintiff's Exhibit 57 marked and admitted 2018/06/24 – Email from J. Onisick to S. Shafer re Reunion | |
| | | 10:31 a.m. | | | Court reconvened. All parties present | |
| 6 | | | X | X | Plaintiff's Exhibit 6 marked and admitted 2016/07/04 – Email from R. Wonders to S. Shafer re So planning to wear a rubber then | |
| | | 10:33 a.m. | | | Defendant cross-examination of witness Sabrina Shafer | |
| 1 | | | X | | Plaintiff's Exhibit 1 previously admitted | |
| 43 | | | X | | Plaintiff's Exhibit 43 previously admitted | |
| 119A | | | X | | Plaintiff's Exhibit 119A previously admitted | |
| 61 | | | X | | Plaintiff's Exhibit 61 previously admitted | |
| | 123 | | X | X | Joint Exhibit 123 marked and admitted Change Request for Xentaurs for the ACI Relaunch Roadshow signed by Roger Robert and ACI Relaunch SOW signed by Roger Robert on 06/11/18 | |
| | 124 | | X | X | Joint Exhibit 124 marked and admitted Intent Based Networking (IBN) Sales Enablement | |
| | 128 | | X | X | Joint Exhibit 128 marked and admitted August 2018 Emails With S. Shafer, M. Strutner, with M. Zanotto copied, re "Re: Sabrina Role" | |
| | | 11:06 a.m. | | | Plaintiff re-redirect of witness Sabrina Shafer | |
| | 128 | | X | | Joint Exhibit 128 previously admitted | |
| 1 | | | X | | Plaintiff's Exhibit 1 previously marked | |
| 119A | | | X | | Plaintiff's Exhibit 119A previously admitted | |
| | 123 | | X | | Joint Exhibit 123 previously admitted | |
| | | 11:22 a.m. | | | Court questions the witness Sabrina Shafer | |
| 18 | | | X | X | Plaintiff's Exhibit 18 marked and admitted 2017/02/19 – Email from S. Shafer to R. Wonders re Wdyt | |
| | | | | | | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | | | X | X | Plaintiff's Exhibit 33 marked and admitted 2018/01/03 – Email from R. Wonders to S. Shafer re GSSO Snap. | |
| 49 | | | X | X | Plaintiff's Exhibit 49 marked admitted 2018/05/08 – Email from S. Shafer to J. Guevara re SOW for Cisco's IBN Sales program | |
| 92 | | | X | X | Plaintiff's Exhibit 92 marked and admitted 2018/09/10 – Email from J. Guevara to S. Shafer re EN Roadshow – competitive bid | |
| | | 11:26 a.m. | | | Plaintiff rest | |
| | | 11:26 a.m. | | | Defendant rest | |
| | | 11:27 a.m. | | | Court in recess | |
| | | 11:46 a.m. | | | Court reconvened.  All parties present. Court Reporter: Ana Dub | |
| | | | | | Plaintiff closing argument | |
| | | 12:10 p.m. | | | Defendant closing argument | |
| | | 12:19 p.m. | | | Court questions defendant's counsel | |
| | | 12:27 p.m. | | | Court in recess | |
| | | 2:31 p.m. | | | Court reconvened.  All parties present. Court Reporter: Ana Dub Court addressed the parties. The Court made an oral Findings of Facts and Conclusion of Law on the record. | |
| | | 3:07 p.m. | | | Court adjourned. | |