IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLINE ADVANCED TECHNOLOGY SERVICES, <br><br> Plaintiff, <br><br> v. <br><br> SABRINA SHAFER, <br><br> Defendant. | Case No. 18-cv-06641-CRB <br><br> **ORDER RE STATE BAR DISCIPLINARY COMMISSION** |

Both this Court and Magistrate Judge Illman have found that Defendant Sabrina Shafer engaged in unethical and dishonest conduct during the pendency of the above-entitled case. Ms. Shafer's conduct included bad faith and willful evidence spoilation, whereby she destroyed computer hard drive data, text messages, and emails that would have played an important role in Plaintiff Skyline Advanced Technology Services' case against her. In addition, Ms. Shafer's behavior at her deposition was both unconscionable and uncooperative, which led the Court to find that her testimony was filled with half-truths and outright fabrications. The Court similarly found her testimony at trial to be not credible.

The Court is particularly concerned at the above findings given Ms. Shafer's status as a licensed attorney in the state of Illinois.[1] Given the ethical violations described, the Court concludes that Ms. Shafer's conduct warrants reporting to the appropriate state bar disciplinary commission. Therefore, the Court shall submit the following materials to the Attorney Registration & Disciplinary Commission (ARDC) of the Supreme Court of

---

[1] Ms. Shafer has been licensed since October 31, 2013, before the case began.

Illinois:

- Magistrate Judge Illman's Report and Recommunication on Motion for Evidentiary and Monetary Sanctions (dkt. 62)
- Order Adopting Report and Recommendation (dkt. 67)
- Order Granting in Part Motion for Summary Judgment, Setting Status (dkt. 98)
- Order Re State Bar Disciplinary Commission (dkt. 144)

**IT IS SO ORDERED.**

Dated: February 6, 2024



CHARLES R. BREYER
United States District Judge

2