IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLINE ADVANCED TECHNOLOGY SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>SABRINA SHAFER,<br><br>Defendant. | Case No. 18-cv-06641-CRB<br><br>**JUDGMENT** |

The Court, having granted in part the motion for summary judgment filed by Plaintiff Skyline Advanced Technology Services, see Order on MSJ (dkt. 98), held a bench trial, see Bench Trial (dkt. 143), and ordered the disgorgement of $745,061.53 in income as indicated in its Findings of Fact and Conclusion of Law, hereby ENTERS JUDGMENT for Plaintiff against Defendant.

**IT IS SO ORDERED.**

Dated: February 6, 2024

CHARLES R. BREYER
United States District Judge