CHAKA M. PATTERSON (SBN 181263)
Email:  chaka.patterson@alston.com
DANA M. ZOTTOLA (SBN 346715)
Email:  dana.zottola@alston.com
**ALSTON & BIRD LLP**
560 Mission St.
Suite 2100
San Francisco, CA 94105
Telephone:   415-243-1000
Facsimile:    415-243-1001

CARLTON ODIM (*pro hac vice*)
Email:  carlton@odimlawoffices.com
**ODIM LAW OFFICES**
77 West Wacker Drive
Suite 4500
Chicago, IL 60601
Telephone:  (312) 578-9390

Counsel for Defendant
**SABRINA SHAFER**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYLINE ADVANCED TECHNOLOGY SERVICES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SABRINA SHAFER, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-06641-CRB-RMI<br><br>Assigned to the Hon. Charles R Breyer.<br><br>**JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS**<br><br>Trial Date:  February 5, 2024 |

Plaintiff Skyline Advanced Technology Services ("Skyline") and Defendant Sabrina Shafer ("Shafer") (collectively "Parties") submit the following Joint Certification of Admitted Exhibits pursuant to Local Rule 5-1(g)(1)(a). The parties hereby certify that the concurrently filed exhibits are true and correct copies of the exhibits admitted into evidence during the trial in this matter on February 5 and 6, 2024.

| Admitted Exhibit Number | Exhibit Description |
|---|---|
| 1 | 2016/02/23 – Employment Offer for S. Shafer from Skyline |
| 2 | 2016/02/23 – New Hire Paperwork from S. Shafer from Skyline (emails are not admitted) |
| 3 | 2016/03/01 – Shafer NDA |
| 4 | 2016/06/16 – Email from R. Wonders to S. Shafer |
| 5 | 2016/07/04 – Email from R. Wonders to S. Shafer |
| 6 | 2016/07/04 – Email from R. Wonders to S. Shafer |
| 7 | 2016/08/10 – Email from S. Shafer to R. Wonders |
| 8 | 2016/08/14 – Email from R. Wonders to S. Shafer |
| 10 | 2016/09/14 – Email from R. Wonders to S. Shafer |
| 11 | 2016/09/18 – Email from S. Shafer to R. Wonders |
| 12 | 2016/10/21 – Email from S. Shafer to R. Wonders |
| 13 | 2016/11/01 – Email from S. Shafer to R. Wonders |
| 15 | 2017/01/18 – Email from R. Wonders to S. Shafer |
| 17 | 2017/01/29 – Email from S. Shafer to R. Wonders |
| 18 | 2017/02/19 – Email from S. Shafer to R. Wonders |

| Admitted Exhibit Number | Exhibit Description |
|---|---|
| 20 | 2017/03/27 – Email from S. Shafer to R. Wonders |
| 22 | 2017/05/02 – Email from R. Wonders to S. Shafer |
| 23 | 2017/06/21 – Email from R. Wonders to S. Shafer |
| 24 | 2017/06/26 – Email from R. Wonders to S. Shafer |
| 27 | 2017/07/19 – Email from S. Shafer to R. Wonders |
| 28 | 2017/07/20 – Email from R. Wonders to S. Shafer |
| 29 | 2017/10/03 – Email from R. Wonders to S. Shafer |
| 31 | 2017/12/15 – Email from R. Wonders to S. Shafer |
| 32 | 2017/13/29 – ADP Earnings Statement for S. Shafer |
| 33 | 2018/01/03 – Email from R. Wonders to S. Shafer |
| 34 | 2018/01/16 – Email from J. Onisick to S. Shafer |
| 36 | 2018/02/25 – Email from B. Hentschell to S. Shafer |
| 37 | 2018/02/26 – Email from R. Wonders to S. Shafer |
| 38 | 2018/03/01 – Email from J. Onisick to S. Shafer |
| 42 | 2018/03/22 – Email from R. Wonders to S. Shafer |
| 43 | 2018/03/27 – Email from J. Onisick to S. Shafer |
| 46 | 2018/05/01 – Independent Sales Agent Agreement with Xentaurs |
| 47 | 2018/05/03 – Email from J. Onisick to S. Shafer |
| 49 | 2018/05/08 – Email from S. Shafer to J. Guevara |
| 50 | 2018/05/20 – Email from R. Wonders to S. Shafer |
| 51 | 2018/05/31 – Email from J. Onisick to J. Guevara |

| Admitted Exhibit Number | Exhibit Description |
|---|---|
| 55 | 2018/06/20 – Email from C. Cinosky to T. Holcomb |
| 57 | 2018/06/24 – Email from J. Onisick to S. Shafer |
| 58 | 2018/06/26 – Email from S. Shafer to R. Robert |
| 60 | 2018/06/27 – Email from L. Catlett to J. Guevara |
| 61 | 2018/07/00 – Shafer Commissions Report – July 2018 |
| 62 | 2018/07/01 – Commission Report for S. Shafer |
| 64 | 2018/07/05 –Xentaurs Employment Agreement for J. Onisick |
| 66 | 2018/07/26 – Email from S. Shafer to J. Guevara |
| 69 | 2018/07/31 – Email from S. Shafer |
| 72 | 2018/08/16 – Email from S. Shafer to J. Guevara |
| 74 | 2018/08/19 – Email from Y. Kumanov to J. Guevara and S. Shafer |
| 77 | 2018/08/23 – Email from S. Shafer to J. Guevara |
| 80 | 2018/08/23 – Xentaurs Independent Contractor Agreement (Shafer) |
| 81 | 2018/08/27 – Email from J. Onisick to S. Shafer |
| 82 | 2018/08/27 – Email from J. Onisick to S. Shafer |
| 89 | 2018/09/07 – ADP Earnings Statement |
| 92 | 2018/09/10 – Email from J. Guevara to S. Shafer |
| 94 | 2018/09/14 – Xentaurs Employment Agreement for S. Shafer |
| 97 | 2018/09/16 – Email from M. Wall to S. Shafer |
| 98 | 2018/09/16 – Email from S. Shafer |
| 106 | 2019/04/15 – All Commissions Paid report for J. Onisick |

| Admitted Exhibit Number | Exhibit Description |
|---|---|
| 107 | 2019/07/01 – Schafer Commission with Future Commission Due |
| 111 | Skyline Employee Handbook |
| 114 | Shafer Benefits Report |
| 119 (portions admitted) | 119-Exhibit A |
| 119 (portions admitted) | 119-Exhibit C |
| 119 (portions admitted) | 119-Exhibit D |
| 119 (portions admitted) | 119-Exhibit E |
| 119 (portions admitted) | 119-Exhibit G |
| 119 (portions admitted) | 119-Exhibit H |
| 123 (Joint marked and admitted Exhibit) | ACI Relaunch SOW signed by Roger Robert on 06/11/18 |
| 124 (Joint marked and admitted Exhibit) | Intent Based Networking (IBN) Sales Enablement Program SOW signed by Roger Robert on 7/16/18 |
| 128 (Joint marked and admitted Exhibit) | 2018/08/31 – Email from M. Strutner to S. Shafer |

JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS
Case No. 3:18-cv-06641-CRB-RMI

Respectfully submitted,

Dated: February 16, 2024 **THOITS LAW**

By: *s/John van Loben Sels*
     **John van Loben Sels**
     **Attorneys for Plaintiff**
   **Skyline Advanced Technology Services**

Respectfully submitted,

Dated: February 16, 2024 **Alston & Bird LLP**

By: *s/Chaka M. Patterson*
     **Chaka M. Patterson**
     **Dana M. Zottola**
     **Carlton Odim**
    **Attorneys for Defendant**
     **Sabrina Shafer**