UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF  Northern District of California

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: 3:18-cv-06641-CRB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: October 31, 2018

Date of judgment or order you are appealing: April 24, 2024

Docket entry number of judgment or order you are appealing: 167

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Skyline Advanced Technology Services

Is this a cross-appeal?  ⦿ Yes   ○ No

If yes, what is the first appeal case number? 24-1377

Was there a previous appeal in this case?  ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:        State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Stephen A. Dennis        **Date** May 20, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                           Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Skyline Advanced Technology Services

Name(s) of counsel (if any):

Stephen A. Dennis
John Van Loben Sels

Address: 400 Main Street, Suite 250, Los Altos, CA 94022

Telephone number(s): (650) 327-4200

Email(s): sdennis@thoits.com; jvanLobenSels@thoits.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Sabrina Shafer

Name(s) of counsel (if any):

Chaka M. Patterson
Dana M. Zottola

Address: 560 Mission Street, Suite 2100, San Francisco, CA 94105

Telephone number(s): (415) 243-1000

Email(s): chaka.patterson@alston.com; dana.zottola@alston.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                        1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*