CHAKA M. PATTERSON (SBN 181263)
Email: chaka.patterson@alston.com
DANA M. ZOTTOLA (SBN 346715)
Email: dana.zottola@alston.com
**ALSTON & BIRD LLP**
560 Mission St.
Suite 2100
San Francisco, CA 94105
Telephone:   415-243-1000
Facsimile:   415-243-1001

CARLTON ODIM (*pro hac vice*)
Email: carlton@odimlawoffices.com
**ODIM LAW OFFICES**
77 West Wacker Drive
Suite 4500
Chicago, IL 60601
Telephone:   312-578-9390

Counsel for Defendant
**SABRINA SHAFER**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYLINE ADVANCED TECHNOLOGY SERVICES, a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>SABRINA SHAFER, an individual, and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 3:18-cv-06641-CRB-RMI<br><br>Assigned to the Hon. Charles R Breyer.<br><br>**SUGGESTION OF BANKRUPTCY** |

Please take notice that on May 23, 2024, Defendant Sabrina Shafer filed for bankruptcy relief in the United States Bankruptcy Court for the Northern District of Illinois under chapter 13 of the United States Bankruptcy Code, case number 24-07714.

Dated: MAY 28, 2024          **ALSTON & BIRD LLP**


                                         */s/ Chaka M. Patterson*
CHAKA M. PATTERSON
DANA M. ZOTTOLA
CARLTON ODIM

Counsel for Defendant
**SABRINA SHAFER**